**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GWENDOLYN STOVER, | ) | |
| | ) | |
| *Plaintiff/Third-Party Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FAIR COLLECTIONS & OUTSOURCING, INC., | ) | Civil Action No. 1:14-cv-00809 (RJL) |
| | ) | |
| *Defendant* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDGEWOOD MANAGEMENT CORPORATION, A Maryland Corporation | ) | |
| | ) | |
| *Third-Party Defendant* | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Gwendolyn Stover ("Stover") and Defendant Fair Collections & Outsourcing,

Inc. ("FCO") jointly file this Stipulation of Dismissal with prejudice as to any and all claims by

and between Stover and FCO under Fed. R. Civ. P. § 41(a)(1)(A)(ii).

Consented to by:                    Prepared by:

/s/    Peter Moore                    /s/    Dean Gregory
Mr. Peter M. Moore, Esquire          Dean Gregory, Esquire
**WILSON, ELSER, MOSKOWITZ ET AL.**  **LAW OFFICES OF DEAN GREGORY**
8444 Westpark Drive                  1717 K Street NW
Suite 510                            Suite 900
McLean, Virginia 22102               Washington, D.C. 20006
Telephone: (703) 245-9300            Telephone: (202) 905-8058
Facsimile: (703) 245-9301            Facsimile: (202) 776-0136
Peter.Moore@WilsonElser.com          E-mail: dean@deangregory.com

*Attorney for DEFENDANT*             *Attorney for PLAINTIFF*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2014 I caused a copy of the foregoing *Stipulation of Dismissal* to be served via the CM/ECF system on the following counsel:

Mr. Peter M. Moore, Esquire
**WILSON, ELSER, MOSKOWITZ ET AL.**
8444 Westpark Drive
Suite 510
McLean, Virginia 22102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Peter.Moore@WilsonElser.com

*Attorney for DEFENDANT*

Ms. Debra F. Leege, Esquire
**GREENSTEIN DELORME & LUCHE, P.C.**
1620 L St NW
Suite 900
Washington, DC 20036
Telephone: (202) 452-1400
Facsimile: (202) 452-1410
Email: dfl@gdllaw.com

*Attorney for THIRD-PARTY DEFENDANT*

/s/    Dean Gregory
Dean Gregory