## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLYN STOVER, <br><br> *Plaintiff/Third-Party Plaintiff* <br><br> v. <br><br> FAIR COLLECTIONS & OUTSOURCING, INC., <br><br> *Defendant* <br><br> v. <br><br> EDGEWOOD MANAGEMENT CORPORATION, A Maryland Corporation <br><br> *Third-Party Defendant* | Civil Action No. 1:14-cv-00809 (RJL) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gwendolyn Stover ("Stover") and Defendant Edgewood Management Corporation jointly file this Stipulation of Dismissal With Prejudice under Fed. R. Civ. P. § 41(a)(1)(A)(ii).

| | |
|---|---|
| /s/   William Casano <br> William C. Casano, Esquire <br> **GREENSTEIN DELORME & LUCHE** <br> 1620 L St NW, Suite 900 <br> Washington, DC 20036 <br> Telephone: (202) 452-1400 <br> Facsimile: (202) 452-1410 <br> Email: dfl@gdllaw.com <br><br> *Attorney for THIRD-PARTY DEFENDANT EDGEWOOD MANAGEMENT CORPORATION* | /s/   Dean Gregory <br> Dean Gregory, Esquire <br> **LAW OFFICES OF DEAN GREGORY** <br> 1717 K Street NW <br> Suite 900 <br> Washington, D.C. 20006 <br> Telephone: (202) 905-8058 <br> Facsimile: (202) 776-0136 <br> E-mail: dean@deangregory.com <br><br> *Attorney for PLAINTIFF GWENDOLYN STOVER* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015 I caused a copy of the foregoing *Stipulation of Dismissal With Prejudice* to be served via the CM/ECF system on all counsel.

/s/   Dean Gregory
Dean Gregory